

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD/SPN
F. #2015R00079

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 31, 2015

<u>By ECF and Email</u>

Eric M. Creizman, Esq.
Zachary Taylor, Esq.
565 Fifth Avenue
7th Floor
New York, NY 10017

      Re:    <u>United States v. Tairod Nathan Webster Pugh</u>
               <u>Criminal Docket No. 15-116 (NGG)</u>

Dear Mr. Creizman and Mr. Taylor:

      The government has determined that venue for both counts of the indictment in the above-referenced case properly lies in the District of New Jersey, whereas venue arguably is only proper in the Eastern District of New York as to Count Two.  Please inform us at your earliest convenience whether the defendant agrees to waive venue and proceed with the entirety of his case in Brooklyn.  In the event that the defendant does not agree to waive venue, the government anticipates seeking an indictment in the District of New Jersey.

      Very truly yours,

      KELLY T. CURRIE
      Acting United States Attorney

By:    /s/ Samuel P. Nitze
      Samuel P. Nitze
      Tiana A. Demas
      Mark E. Bini
      Assistant U.S. Attorneys
      (718) 254-6465