





TP000000834

Facebook Business Record                                    Page 832



Consulate General
of the United States of America
Dubai, U.A.E.

### Affidavit of Eligibility to Marry

Before me, _____**Scott T. Leo**_____ , Vice Consul of the United States of America, duly

duly commissioned and qualified, due hereby certify that on _____**April 30, 2014**_____

before me personally appeared ____**Tairod Nathan Webster Pugh**____ , who first being duly sworn,

states as follows:

I, ___**Tairod Nathan Webster Pugh**___ , a citizen of the United States of America, holder

of U.S. passport number _____ declare that my marital status is

_____**Divorced**_____ ; and there is no impediment to my marriage to

____M█████H████S_____ a national of _____**Egypt**_____ .

_____
Affiant's signature

Subscribed and sworn before me this day _____**4/30/2014**_____

Scott Leo
Vice Consul of the United States of America
Dubai, United Arab Emirates

Vice Consul of the
United States of America
Dubai, UAE

TP000000832