UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

United States of America,                ORDER OF SUSTENANCE
                                         ORDER OF TRANSPORTATION
                    Plaintiff,   ORDER OF LODGING

-vs-

Tairod Pugh,                             CR 15-116 (NGG)


                    Defendants.

-------------------------------------------------


**ORDERED** that the Marshal supply proper

( )   LODGING

(XX)  SUSTENANCE

(XX)  TRANSPORTATION

    to the (18) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
       **February 29, 2016**


(XX)  DURING TRIAL

( )   DELIBERATING

( )   SEQUESTERED                     s/Nicholas G. Garaufis

(XX)  LUNCH

( )   DINNER                           Nicholas G. Garaufis, U.S.D.J.