UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

TAIROD NATHAN WEBSTER PUGH,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

15-CR-116 (NGG)


VERDICT SHEET


## COUNT ONE
(Attempted Provision of Material Support to a Foreign Terrorist Organization)

How do you find the defendant as to Count One?

GUILTY ___✓___                    NOT GUILTY _____


## COUNT TWO
(Obstruction of an Official Proceeding)

How do you find the defendant as to Count Two?

GUILTY ___✓___                    NOT GUILTY _____


**Your foreperson must now sign and date the verdict sheet, and return it to the courtroom.**


Dated:  Brooklyn, New York
      March 9 , 2016

                                        _____
                                        Jury Foreperson