UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

     Plaintiff,

v.

Zacharia Yusuf Abdurahman,

     Defendant.

ORDER
Crim. No. 15-49 (05) (MJD)

_____

Based on the defendant's plea of guilty to the offense of conspiracy to

provide material support and resources to members of ISIL, a designated foreign

terrorist organization, in violation of Title 18 U.S.C. § 2339B, and the Court

desiring more information than is otherwise available to it as a basis for

determining the sentence to be imposed on the defendant, pursuant to 18 U.S.C. §

3552(b),

IT IS HEREBY ORDERED that the defendant submit to a presentence

examination and study to evaluate risk assessment and recommended

intervention needs for de-radicalization of defendants involved in terrorism

related cases.  The U.S. Probation Office for the District of Minnesota is directed

to conduct such study, and shall contract with Daniel Koehler, Director of the

German Institute on Radicalization and De-radicalization Studies, who shall prepare a written report containing any findings and recommendations that will be helpful to the Court at sentencing, and release all reports and information regarding this study and assessment to the Court.  Such written report shall include, but not be limited to, the following:

1.  Identify and describe case specific driving factors of radicalization for the individual defendant.  The assessment should include any necessary interviews with the defendant, family members, friends, teachers, and/or agents of the government and review of appropriate documentation and reports.

2.  Complete risk assessment for the defendant based on a recognized, structured professional judgment assessment tools to include:

    a.  Level of engagement and identified engagement factors
    b.  Level of intent to commit acts of violence and mental state
    c.  Level of capability and capability factors to commit violence.

3.  Identify level of risk of re-offending and stage of radicalization.

4.  Identify specific individualized target areas for the de-radicalization process.

5.  Given prognosis of possible chances of success for intervention and de-radicalization process.

6.  Provide a recommended disengagement and de-radicalization intervention program tailored to the individual defendant's circumstances and underlying radicalization factors.

7.      Provide an overview of a graduated phase process needed for intervention and de-radicalization of the defendant.

8.      Identify and recommend expert personnel and structure to be incorporated as part of the intervention and de-radicalization process.  Provide direction on types of resources needed during the course of this process such as psychological counseling, social services, education needs, or mentoring programs.

9.      Provide estimated frequency of contacts needed by involved parties for the intervention de-radicalization of the defendant and possible duration of the process needed.

10.     Provide any additional information or necessary recommendations not already requested or provided to the Court.

The Court shall disclose the report to the defendant, counsel for defendant and counsel for the Government at least ten days prior to the date set for sentencing, unless such time period is waived by defendant.  Such study is to be performed as soon as practicable. Completion of this examination and study will significantly aid the Court in applying the 18 U.S.C. § 3553(a) factors.

IT IS FURTHER ORDERED that the U.S. Probation Office arrange for the scheduling of all appointments as may be necessary to conduct the study and assessment, and provide such schedule to the U.S. Marshals Service for the District of Minnesota to facilitate transportation of the defendant.

IT IS FURTHER ORDERED that the U.S. Marshals Service for the District of Minnesota shall transport the defendant from his place of confinement to all such appointments and as may be necessary for the purpose of this study and assessment, and shall return the defendant to confinement after all such appointments.

If either party has any objection to this Order, a written notice should be filed with the Court within ten days of the filing of this Order.

Date: March 2, 2016

s/Michael J. Davis
Michael J. Davis
United States District Court