

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SDD:TAD
F. #2015R00079

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 18, 2016

<u>By Hand and ECF</u>

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Tairod Nathan Webster Pugh
     <u>Criminal Docket No. 15-00116</u>

Dear Judge Garaufis:

The government, joined by defense counsel, respectfully submits this letter to propose a schedule for sentencing submissions and sentencing in this case. As the Court is aware, the defense may submit a report by a mental health practitioner as part of its sentencing submission. The proposed schedule incorporates sufficient time for the mental health practitioner to meet with the defendant and prepare a report. The government may seek to have the defendant examined by its own expert, on consent of defense counsel. The proposed schedule is as follows:

| | |
|---|---|
| Deadline to submit Defense Expert's Report to the Government | December 15, 2016 |
| Defense sentencing submission | January 13, 2017 |
| Deadline to submit Government Expert's Report to Defense | January 27, 2017 |
| Government sentencing submission | February 14, 2017 |
| Sentencing | March 1, 2017 at 11:00 a.m. |

The parties jointly request that the Court approve the foregoing schedule.

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:   /s/   Tiana A. Demas
Samuel P. Nitze
Tiana A. Demas
Mark E. Bini
Assistant U.S. Attorneys
718-254-7000

Application granted.
So ordered.

s/Nicholas G. Garaufis

10/18/16