# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of December, two thousand and nineteen.

Before:      Guido Calabresi,
             Christopher F. Droney,
                  *Circuit Judges,*
             Stefan R. Underhill,
                  *Chief District Judge.*\*

_____

United States of America,                          **AMENDED JUDGMENT**

      Appellee,                                   Docket No. 17-1889

v.

Tairod Nathan Webster Pugh,

      Defendant - Appellant.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment of conviction is AFFIRMED, the sentence is VACATED, and the case is REMANDED to the district court for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_____
\*Chief Judge Stefan R. Underhill, of the United States District Court for the District of Connecticut, sitting by designation.