# NOTICE OF APPEAL
## Eastern District of New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,

       v.                                             Docket # 15 Cr. 116 (NGG)

TAIROD NATHAN WEBSTER PUGH,

       Defendant.
-------------------------------------------------------x

**NOTICE** is hereby given that TAIROD NATHAN WEBSTER PUGH, appeals to the United States Court of Appeals for the Second Circuit from the judgment entered on August 3, 2022.

This appeal concerns the sentence, the defendant Pugh having been re-sentenced pursuant to a decision of the Court of Appeals. Mr. Pugh was re-sentenced on February 3, 2022.

| | |
|---|---|
| Appellant is represented by counsel: | SUSAN G. KELLMAN |
| Counsel's Address: | 25 8th Avenue; Suite C, Brooklyn, NY 11217 |
| Counsel's Phone: | 718.783.8200 |
| Asst. United States Attorney: | SAM NITZE |
| AUSA'S Address: | 271 Cadman Plaza East, Brooklyn, NY 11201 |
| AUSA's Phone: | 718.254.6465 |

*Susan G. Kellman*
_____
      SUSAN G. KELLMAN

Dated: Brooklyn, NY
       August 5, 2022